**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY, G60744,<br><br>    Petitioner,<br><br>  vs.<br><br>RALPH DIAZ, Acting Warden,<br><br>    Respondent.                      / | No. C 12-1414 CRB (PR)<br><br>ORDER |

    Good cause appearing, petitioner's request for a copy of the exhibits lodged with the court is GRANTED. Respondent shall serve petitioner with a copy of the lodged exhibits by no later than 7 days of the date of this order.

SO ORDERED.

DATED: May 8, 2013

                                        CHARLES R. BREYER
                                        United States District Judge

G:\PRO-SE\CRB\HC.12\Bailey, J.12-1414.exh.wpd