1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    JASPER BAILEY, G60744,                    No. C 12-1414 CRB (PR)

12                   Petitioner,                ORDER

13        vs.

14    RALPH DIAZ, Acting Warden,

15                   Respondent.
                                            /
16

17        Good cause appearing, petitioner's request for a copy of the exhibits lodged with the

18    court is GRANTED.  Respondent shall serve petitioner with a copy of the lodged exhibits by

19    no later than 7 days of the date of this order.

20    SO ORDERED.

21    DATED:   May 8, 2013

22                                              CHARLES R. BREYER
                                                United States District Judge
23

24

25

26

27

28

G:\PRO-SE\CRB\HC.12\Bailey, J.12-1414.exh.wpd

**United States District Court**
For the Northern District of California