United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY, G60744, | No. C 12-1414 CRB (PR) |
| Petitioner, | ORDER |
| vs. | |
| RALPH DIAZ, Acting Warden, | |
| Respondent. / | |

Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than June 28, 2013. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 50.

SO ORDERED.

DATED: June 12, 2013

CHARLES R. BREYER
United States District Judge

N:\Bailey, J.12-1414.eot2.wpd