IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY, G60744,<br><br>    Petitioner,<br><br>  vs.<br><br>RALPH DIAZ, Acting Warden,<br><br>    Respondent.                     / | No. C 12-1414 CRB (PR)<br><br>ORDER |

Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than June 28, 2013. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 50.

SO ORDERED.

DATED: June 12, 2013

CHARLES R. BREYER
United States District Judge

N:\Bailey, J.12-1414.eot2.wpd